## Bell, Appellant, *v.* Dilworth.

OPINION BY HENDERSON, J., October 13, 1913:

This appeal was heard with that of William J. Kiley against the same defendant and arises out of the same transaction. The argument of the appeal covered both cases and the same questions arose. In an opinion this day handed down the judgment was affirmed in the case of the appeal of Kiley and for the reasons there stated the judgment in this case is affirmed.